Sara J. Fendia
FIBICH, HAMPTON & LEEBRON LLP
1402 McKinney, Suite 1800
Houston, TX 77010
(713) 751-0025

Attorneys for Plaintiff
Earnest Colvin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Earnest Colvin,<br>　　　　　　Plaintiffs,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　Defendants.. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |

**CASE NO. 06-4924 CRB**

Come now the Plaintiff, EARNEST COLVIN, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff or a representative of Plaintiff attempt to re-file claim against Defendants, they shall do so only by re-filing in the United States District Court.

DATED: April 11, 2007        FIBICH, HAMPTON & LEEBRON LLP

By: _____
Sara D. Fendia
Attorneys for Plaintiff,
EARNEST COLVIN

DATED: April 16, 2007        GORDON & REES

By: _____
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 20, 2007        _____
Hon. Charles R. Breyer
United States District Court

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]

-2-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**